**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.:

JOHN ALLEN,

Plaintiff,

*vs.*

KIA AMERICA, INC., a foreign corporation transacting business in the State of Colorado,

Defendant.

---

**NOTICE OF REMOVAL AND DEMAND FOR JURY TRIAL**

---

TO THE CLERK OF THE DISTRICT OF COLORADO:

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1441(b) and 1446, and D.C.COLO.LCivR 81.1, Defendant Kia America, Inc. ("Kia"), by and through its undersigned counsel, hereby removes the above-captioned action to this Court. In support of its removal, Kia states:

**THE REMOVED CASE AND PAPERS FROM REMOVED ACTION**

1. On March 31, 2023, John Allen ("Plaintiff") served Kia, through C T Corporation System, with a Civil Summons, Civil Cover Sheet, and Civil Complaint And Jury Demand ("Complaint"). A copy of the Civil Summons, Civil Cover Sheet, and Complaint are attached hereto as **Exhibit 1**.

2. The Complaint was filed by Plaintiff in the District Court for Boulder County, Colorado on or about March 25, 2023 ("State court action").

3. Kia has not filed an Answer or otherwise responded to the Complaint filed in the State court action and the time to do so has not yet elapsed.

4. There have been no further proceedings and no orders have been entered in the State court action.

## VENUE AND TIMELINESS

5. According to 28 U.S.C. § 1441(a),

> any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending.

6. The United States District Court for the District of Colorado is the federal district court embracing the place where the State court action is pending (i.e., Boulder County).

7. Moreover, Kia files this Notice Of Removal within thirty (30) days of the date it was served with process in the State court action. Thus, this Notice Of Removal is timely. 28 U.S.C. § 1446(b)(1).

## THE REQUIREMENTS FOR DIVERSITY JURISDICTION ARE MET

8. Kia is entitled to remove the State court action to this Court pursuant to 28 U.S.C. §§ 1332 and 1441(b) because the parties are citizens of different States and the amount in controversy exceeds $75,000, exclusive of interest and costs.

9. Plaintiff is an individual who is a resident and citizen of Colorado. (**Ex. 1**, Complaint ¶ 1).

10. Kia is a foreign corporation and does not have its principal place of business in Colorado. (**Ex. 1**, Summary of Kia corporate status & Complaint ¶ 2). Kia is a California corporation and its principal place of business is located in Irvine, California. *See* 28 U.S.C.

§ 1332(c)(1) ("a corporation shall be deemed to be a citizen of every State and foreign state by which is has been incorporated and of the State or foreign state where it has its principal place of business").

11. Accordingly, there is complete diversity of citizenship between Plaintiff and Kia.

12. In his Civil Cover Sheet (included in **Exhibit 1** hereto), Plaintiff checked the box stating that the Simplified Procedure under C.R.C.P. 16.1 does not apply because Plaintiff "is seeking a monetary judgment against another party [i.e., Kia] for more than $100,000." Plaintiff's counsel also certified in the Civil Cover Sheet that "the value of [Plaintiff's] claims against [Kia] is reasonably believed to exceed $100,000." Thus, this Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332(a). *See also* 28 U.S.C. § 1446(c)(2) ("If removal of a civil action is sought on the basis of the jurisdiction conferred by section 1332(a), the sum demanded in good faith in the initial pleading shall be deemed to be the amount in controversy . . . .").

**FILING OF REMOVAL PAPERS**

13. Pursuant to 28 U.S.C. § 1446(a), "a copy of all process, pleadings, and orders served upon [Kia]" is attached hereto as **Exhibit 1**.

14. In addition, in accordance with 28 U.S.C. § 1446(d), Kia simultaneously is giving written notice to Plaintiff's counsel (via email (John@maroney-law.com), the State court CCE system, and United States mail, first class postage prepaid) and to the Clerk for the District Court of Boulder County, Colorado of the filing of this Notice Of Removal. A copy of the Notice Of Filing of this Notice Of Removal is attached hereto as **Exhibit 2**.

15. Nothing in this Notice Of Removal is intended to be and shall not be interpreted as a waiver or relinquishment of any of Kia's rights to assert any defense or affirmative matter, including but not limited to defenses and objections as to venue and personal jurisdiction.

WHEREFORE, Kia America, Inc. respectfully removes this action from the District Court of Boulder County, Colorado to this Court for further proceedings.

Dated: April 20, 2023

By: *s/Kevin D. Evans*

Kevin D. Evans, No. 28218
EVANS LAW PLLC
5613 DTC Parkway, Suite 850
Greenwood Village, CO 80111
Tel: 720.738.3971
kdevans@evanspllc.law

Attorney for Defendant Kia America, Inc.